UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

| | | |
|---|---|---|
| BRENDA LEUZZI and GEORGE LEUZZI, | : | |
| Plaintiffs, | : | **6:14-CV-6218 (DGL)(JWF)** |
| -against- | : | |
| ETHICON INC., ETHICON ENDO SURGERY, INC., ETHICON WOMEN'S HEALTH AND UROLOGY, a division of ETHICON, INC. and ABC CORPORATIONS 1-10 and JOHN DOES 1-10 and JANE DOES 1-10, | : | |
| Defendants. | : | |

------------------------------------------------------------- x

## JOINT SUBMISSION OF PROPOSED DISCOVERY PLAN AND PROPOSED STIPULATED ORDERS

       Pursuant to the Court's August 12, 2014 Order [Dkt. # 11], Plaintiffs Brenda and George Leuzzi (Plaintiffs) and Defendant Ethicon (Defendant) hereby respectfully jointly submit the attached Joint Report of Rule 26(f) Conference and Proposed Discovery Plan.  *See* Exhibit 1. Plaintiffs and Defendant also jointly submit herewith the attached Stipulation and [Proposed] Protective Order Regarding Confidential Discovery Materials, and the [Proposed] Stipulated Scheduling Order, and respectfully request entry thereof.  *See* Exhibits 2 & 3.

Dated October 1, 2014

                                            Respectfully Submitted,

                                            */s/ Andres Alonso*
                                           Andres Alonso, Esq.
                                       ALONSO KRANGLE LLP
                                       445 Broad hollow Road, Suite 205
                                       Melville, New York 11747

        T: 516-350-5555
        E: aalonso@alonsokrangle.com
        *Attorney for Plaintiffs Brenda Leuzzi*
          *and George Leuzzi*


             */s/ John D. Winter*
          John D. Winter, Esq.
          James F. Murdica, Esq.
        P<small>ATTERSON</small> B<small>ELKNAP</small> W<small>EBB</small> & T<small>YLER</small>, LLP
        1133 Avenue of the Americas
        New York, NY 10036-6710
        T: 212-336-2000
        E: jwinter@pbwt.com
           jfmurdica@pbwt.com
        *Attorneys for Defendant Ethicon, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1ˢᵗ day of October, 2014, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                  */s/ Susan L. Lawless*