UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

BRENDA LEUZZI and GEORGE LEUZZI,

                       Plaintiffs,

        -against-

ETHICON INC., ETHICON ENDO SURGERY,
INC., ETHICON WOMEN'S HEALTH AND
UROLOGY, a division of ETHICON, INC. and
ABC CORPORATIONS 1-10 and JOHN DOES 1-
10 and JANE DOES 1-10,

                       Defendants.
------------------------------------------------------------ x

**6:14-CV-6218 (DGL)(JWF)**

**JOINT REPORT OF RULE 26(f)
CONFERENCE AND PROPOSED
DISCOVERY PLAN**

         WHEREFORE, pursuant to the Court's August 12, 2014 Order (Dkt. No. 11) and

Fed. R. Civ. P. 16(b), a status and scheduling conference will be held in this case before the

Honorable JONATHAN W. FELDMAN, United States Magistrate Judge on **October 8, 2014, at**

**10:30 AM** at the United States Courthouse, 100 State Street, Rochester, New York; and

         WHEREFORE, pursuant to that Order, all parties in the above-captioned action, by

and through their undersigned counsel, conferred telephonically in good faith and in accordance

with Fed. R. Civ. P. 26(f) with respect to all of the agenda items listed below on September 22,

2014;

         PLEASE TAKE NOTICE that the parties hereby submit a report of that meeting and

submit a Proposed Discovery Plan in the format prescribed in the Court's August 12, 2014 Order:

<u>Proposed Discovery Schedule</u>

The detailed discovery schedule proposed by the parties is as follows:

| Event | Date |
|---|---|
| Initial Disclosures | October 1, 2014 |
| Amendments to Pleadings/Joinder of Parties | October 22, 2014 |
| Close of Fact Discovery | June 26, 2015 |
| Plaintiffs' Expert Reports/Disclosure | July 31, 2015 |
| Defendant's Expert Reports/Disclosure | August 28, 2015 |
| Expert Depositions Concluded/ Close of | October 30, 2015 |

| Expert Discovery | |
|---|---|
| Deadline for Dispositive Motions (and motions to compel discovery) | December 11, 2015 |
| Responses to Dispositive Motions | January 15, 2016 |
| Replies to Dispositive Motions | February 12, 2016 |
| Trial | April 2016 |

## Proposed Discovery Plan

1) **In his referral order, Judge Larimer has specifically encouraged the parties to consider the provisions of 28 U.S.C. §636(c) governing consent to complete disposition of the case (including trial, if necessary) by this Court. The parties shall state in the PDP whether or not unanimous consent to Magistrate Judge jurisdiction has been agreed upon.**

   Unanimous consent to Magistrate Judge jurisdiction was not agreed upon.

2) **Deadline for compliance with the mandatory disclosure requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure. Any objections to the required disclosures must also be stated in the PDP.**

   The deadline for compliance with mandatory disclosure requirements pursuant to Rule 26(a)(1)

   is no later than October 1, 2014.

3) **Deadline for the filing of motions to amend the pleadings or add parties.**

   The deadline for filing of motions to amend the pleadings or add parties is October 22, 2014.

4) **Deadline for completion of fact discovery.**

   The deadline for completion of fact discovery is June 26, 2015.

5) **If expert discovery is contemplated by any party, a deadline for the completion of all expert discovery, including full compliance with Rule 26(a)(2) regarding the identification and filing reports of testifying experts.**

   The deadline for completion of all expert discovery in compliance with Rule 26(a)(2) is October

   30, 2015.   The parties expect to retain experts on liability, damages, and causation issues.

   Disclosure of Ethicon's experts will be sequenced in accordance with Rule 26(a)(2)(D).   The

   parties propose that plaintiffs' expert reports be exchanged no later than July 31, 2015;

2

defendant's rebuttal reports be exchanged August 28, 2015; and expert depositions occur no later than October 30, 2015.

**6) Deadline for the filing of motions to compel discovery.**

The deadline for filing motions to compel discovery is December 11, 2015.

**7) Any Orders that should be entered under Rule 26(c) (protective/confidentiality orders).**

Ethicon will request entry of a protective order encompassing its trade secrets and other confidential and proprietary business information relating to the morcellation device at issue, and making provision for the handling of inadvertently produced privileged documents.

**8) Any changes in the limitations on discovery as provided in Rule 30 (oral depositions), and Rule 33 (interrogatories practice) and Local Rule 34 (document requests).**

The parties do not propose any changes in the limitations on discovery as provided under Rule 30, Rule 33, or Rule 34.

**9) Any issues that the parties reasonably foresee concerning discovery of electronically stored information, including the form or forms in which it should be produced.**

The parties will work to agree on specifications regarding the production of electronically stored information.  No electronic discovery issues requiring the Court's intervention have been identified at this time.

**10) Deadline for the filing of dispositive motions.**

The deadline for filing dispositive motions is December 11, 2015.

11) **The advisability and timing of a judicially supervised settlement conference or other alternative dispute resolution, including mediation.**

Parties do not believe that the prospects for settlement can be evaluated prior to the exchange of

initial discovery, and completion of fact and expert depositions.

12) **The parties shall advise whether a jury trial is required and the estimated length of the trial.**

Parties shall advise whether a jury trial is required.  It is anticipated that the trial will take

approximately 7-10 days to complete.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to Fed. R. Civ. P. 26(f) a meeting was held telephonically on September 22, 2014 and was attended by:

Andres Alonso, Esq.
Alonso Krangle LLP
for Plaintiffs Brenda Leuzzi and George Leuzzi

Francois Blaudeau, Esq.
Southern Institute for Medical & Legal Affairs
Heninger Garrison Davis LLC
for Plaintiffs Brenda Leuzzi and George Leuzzi

John D. Winter, Esq.
Patterson Belknap Webb & Tyler LLP
for Defendant Ethicon, Inc.

6984337v.1

Dated:          New York, New York
                October 1, 2014

                              Respectfully Submitted,


                              _____/s/ Andres Alonso_____
                                Andres Alonso, Esq.
                              Alonso Krangle LLP
                              445 Broad hollow Road, Suite 205
                              Melville, New York 11747
                              T:  516-350-5555
                              E:  aalonso@alonsokrangle.com
                              *Attorney for Plaintiffs Brenda Leuzzi and George Leuzzi*



                              _____/s/ John D. Winter_____
                                John D. Winter, Esq.
                                James F. Murdica, Esq.
                              PATTERSON BELKNAP WEBB & TYLER, LLP
                              1133 Avenue of the Americas
                              New York, NY 10036-6710
                              T:  212-336-2000
                              E:  jwinter@pbwt.com
                                  jfmurdica@pbwt.com
                              *Attorneys for Defendant Ethicon, Inc.*

5