UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

BRENDA LEUZZI and GEORGE LEUZZI, :

                Plaintiffs, :      **6:14-CV-6218 (DGL)(JWF)**

   -against- :

ETHICON INC., ETHICON ENDO SURGERY, :      **[PROPOSED] SCHEDULING ORDER**
INC., ETHICON WOMEN'S HEALTH AND
UROLOGY, a division of ETHICON, INC. and :
ABC CORPORATIONS 1-10 and JOHN DOES 1-
10 and JANE DOES 1-10, :

                Defendants. :

                                                           :

------------------------------------------------------------ x

## STIPULATED ORDER

       IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiffs Brenda Leuzzi and George Leuzzi ("Plaintiffs") and Defendant Ethicon, Inc. ("Ethicon"), subject to the approval and order of the Court, that discovery and pre-trial proceedings shall be completed according to the following schedule:

| Event | Date |
| --- | --- |
| Initial Disclosures | October 1, 2014 |
| Amendments to Pleadings/Joinder of Parties | October 22, 2014 |
| Close of Fact Discovery | June 26, 2015 |
| Plaintiffs' Expert Reports/Disclosure | July 31, 2015 |
| Defendant's Expert Reports/Disclosure | August 28, 2015 |

| Expert Depositions Concluded/ Close of Expert Discovery | October 30, 2015 |
|---|---|
| Deadline for Dispositive Motions (and motions to compel discovery) | December 11, 2015 |
| Responses to Dispositive Motions | January 15, 2016 |
| Replies to Dispositive Motions | February 12, 2016 |
| Trial | April 2016 |

Dated: New York, New York
October 1, 2014

                                      Respectfully Submitted,

                                      */s/ Andres Alonso*
                                   Andres Alonso, Esq.
                                ALONSO KRANGLE LLP
                                445 Broad hollow Road, Suite 205
                                Melville, New York 11747
                                T: 516-350-5555
                                E: aalonso@alonsokrangle.com
                                *Attorney for Plaintiffs Brenda Leuzzi*
                                  *and George Leuzzi*

                                      */s/ John D. Winter*
                                   John D. Winter, Esq.
                                   James F. Murdica, Esq.
                                PATTERSON BELKNAP WEBB & TYLER, LLP
                                1133 Avenue of the Americas
                                New York, NY 10036-6710
                                T: 212-336-2000
                                E: jwinter@pbwt.com
                                   jfmurdica@pbwt.com
                                *Attorneys for Defendant Ethicon, Inc.*

                                SO ORDERED, this _____ day of

                                _____, 2014.

                                _____